FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2009

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    No. 4:08CR436(1)   JTR

KIMBERLY CURTIS                                             DEFENDANT

## ORDER OF DISMISSAL

Kimberly Curtis was issued Violation Notice F3924046/EA1 on July 27, 2008 for failure to pay an admission fee at the Springlake facility of the National Forest Service. This notice was assigned to the September 18, 2008 Central Violations Bureau (CVB) Docket. The collateral amount was set at $55.00.

On December 22, 2008, this criminal case was filed, based on the violation described above. The summons issued in the case was returned unexecuted on January 20, 2009.

Cental Violations Bureau reported that on February 25, 2009, the sum of $50.00 was credited to this violation.

The United States has requested that the Court find that the $50.00 be accepted as sufficient payment and that the criminal case be dismissed. For good cause shown, that motion is granted. Case 4:08cr436 JTR is hereby dismissed. Central Violations Bureau is directed that the funds received are acceptable and sufficient and should be retained by CVB though they had been paid in the normal course of business.

It is so ordered this  25th  day of February, 2009.

_____
United States Magistrate Judge